Comly *v.* Strader and Another.

A wife does not, by obtaining a divorce on account of the misconduct of
her husband, become entitled to dower, under the act of 1843, in land
conveyed by her husband before the passage of said act.

ERROR to the *Jefferson* Circuit Court.

Smith, J.—The decree of the Circuit Court dismissing
the petition, filed by the plaintiff, for the assignment of
dower in lands of which her husband, *Absalom Comly*,
was seized during coverture, and which were aliened by
him to the defendants in 1836, the plaintiff having, in
1844, been divorced from her said husband upon a bill
filed by her against him, must be affirmed. In *McCaffer-
ty* v. *McCafferty*, 8 Blackf. 218, it was held that the 57th

section, of chapter 35, R. S. 1843, which provides, that "whenever a divorce shall be decreed on account of the misconduct of the husband, the wife shall be entitled to dower in his lands, in like manner as if he were dead," whatever effect it may have in the case of lands aliened subsequently to the passage of the act, cannot affect a title procured from the husband before the law was enacted.

May Term,
1848.

Per Curiam.—The decree is affirmed with costs, &c.

J. G. Marshall and J. Glass, for the plaintiff.

W. M. Dunn and M. G. Bright, for the defendant.